FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

August 21, 2020

No. 04-20-00336-CV

Juana Lizeth Rios **PINA**,
Appellant

v.

**SUN LOANS, INC.,**
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-00017
Honorable David A. Canales, Judge Presiding

# O R D E R

Appellant seeks to appeal an order granting a motion for summary judgment and disposing of appellant's claims against appellee. Although the clerk's record filed on August 19, 2020 contains appellant's motion for partial non-suit of its claims against a second defendant, the record does not contain an order dismissing appellant's claims against that party. Therefore, the order granting summary judgment does not dispose of all parties, and no severance order appears in the record. An order that does not dispose of all parties and causes of action is not final and appealable. *Northeast Indep. Sch. Dist. v. Aldridge*, 400 S.W.2d 893, 895 (Tex. 1966).

It is therefore ORDERED that appellant show cause in writing within fifteen (15) days of the date of this order why this appeal should not be dismissed for lack of jurisdiction. The briefing schedule is suspended pending our determination of whether we have jurisdiction over this appeal.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of August, 2020.

_Michael A. Cruz_
MICHAEL A. CRUZ, Clerk of Court